UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **CHAD WAYNE CARRIKER,** § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action No. 6:21-CV-00046 |
| § | |
| **BOBBY LUMPKIN,** § | |
| § | |
| Respondent. § | |

## ORDER ACCEPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court is the May 2, 2022 Memorandum and Recommendation ("M&R") signed by Magistrate Judge Julie K. Hampton. (Dkt. No. 10). Magistrate Judge Hampton recommends that the Court (1) grant Respondent Bobby Lumpkin's Motion for Summary Judgment; (2) dismiss as untimely *pro se* Petitioner Chad Wayne Carriker's habeas petition under 28 U.S.C. § 2254; and (3) deny a certificate of appealability.

Carriker was provided notice and the opportunity to object. *See* 28 U.S.C. § 636(b)(1). He did not. As a result, review is for plain error. *Hawes v. Stephens*, 964 F.3d 412, 415 (5th Cir. 2020). No plain error appears. Accordingly, the Court **ACCEPTS** the M&R as the Court's opinion. The Court **GRANTS** the Motion for Summary Judgment. (Dkt. No. 8). The Court further **DISMISSES WITH PREJUDICE** as untimely Petitioner Chad Wayne Carriker's habeas petition under 28 U.S.C. § 2254. (Dkt. No. 1). Finally, the Court **DENIES** a certificate of appealability.

It is SO ORDERED.

Signed on August 2, 2022.

                                                      _____
                                                        **DREW B. TIPTON**
                                       **UNITED STATES DISTRICT JUDGE**